# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Harmony Bishop,<br><br>    Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.<br><br>    Defendant. | Case No.: 1:18-cv-02893-LTB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Harmony Bishop and Defendant Capital One Bank (USA), N.A. ("Capital One") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. Plaintiff respectfully requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 23rd day of January 2019.

    By:*/s/ David A. Chami*
    David A. Chami, AZ #027585
    **PRICE LAW GROUP, APC**
    8245 N. 85th Way
    Scottsdale, AZ 85258
    T: (818) 600-5515
    david@pricelawgroup.com

    *Attorneys for Plaintiff,*
    *Harmony Bishop*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                PRICE LAW GROUP, APC

                */s/ Florence Lirato*