# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Harmony Bishop,<br><br>       Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.<br><br>       Defendant. | Case No.: 1:18-cv-02893-LTB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Harmony Bishop, by and through her attorneys Price Law Group, APC, and Defendant Capital One Bank (USA) N.A., by and through its attorneys Faegre Baker Daniels, hereby stipulate to this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

Dated at Scottsdale, Arizona, this 20th day of March 2019.

By:/s/ *David A. Chami*
David A. Chami, #027585
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Harmony Bishop*

By: */s/ Megan M. Farooqui*
Megan M. Farooqui
**FAEGRE BAKER DANIELS LLP**
1470 Walnut Street, Suite 300
Boulder, Colorado 80203
T: (303) 447-7700
F: (303) 447-7800
megan.farooqui@faegrebd.com
*Attorneys for Defendant Capital One Bank (USA), N.A.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

david@pricelawgroup.com
David A. Chami
Price Law Group, APC
Attorneys for Plaintiff Harmony Bishop

megan.farooqui@faegrebd.com
Megan Maureen Farooqui
Faegre Baker Daniels LLP- Boulder
Attorneys for Defendant Capital One Bank (USA), N.A.

                                                     PRICE LAW GROUP, APC.

                                                     /s/Jacey Gutierrez